# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158169(68)

ARTHUR CHAPMAN,
          Plaintiff-Appellant,

SC: 158169
COA: 335678
Wayne CC: 15-010270-NO

OFFICER D. MACK,
          Defendant-Appellee.

_____/

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before June 3, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2019           

                                               Clerk